UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JAMES R. HARTE,

                        Plaintiff,                  **ORDER**

           -against-                     24 Civ. 4994 (NSR) (AEK)

CITY OF NEW ROCHELLE and ORTIZ,
an Officer Marshal of the City of New Rochelle,

                        Defendants.

-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      A telephonic status conference before Magistrate Judge Krause is hereby scheduled for **Monday, June 9, 2025** at 4:00 p.m.

      To access the teleconference, please follow these directions: (1) dial the meeting number: 1-855-244-8681; (2) enter the access code: 2312 503 5451; and (3) press pound, followed by pound again (##) to enter the teleconference as a guest. Should either party experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

                             *   *   *   *   *

      At the May 30, 2025, telephone conference, the Court set a briefing schedule for Defendants anticipated motion to dismiss the amended complaint. The schedule set by the Court is as follows:

1. Defendants' motion must be filed by June 13, 2025.

2. Plaintiff's opposition is due by July 28, 2025.

3. Defendants' reply, if any, is due by August 11, 2025.

                             *   *   *   *   *

      Though Plaintiff has consented to receive electronic service, *see* ECF No. 4, Chambers has also mailed a copy of this order to Plaintiff at the address listed on the docket.

Dated: May 30, 2025
       White Plains, New York

                                       **SO ORDERED.**

                                       _____
                                       ANDREW E. KRAUSE
                                       United States Magistrate Judge