UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES R. HARTE,

                        Plaintiff,

   -against-

CITY OF NEW ROCHELLE et al.,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/3/2026__

24-cv-4994 (NSR)

MEMORANDUM & ORDER

NELSON S. ROMÁN, United States District Judge

By Order dated January 29, 2026, this Court denied Defendants' motion to dismiss Plaintiff's Amended Complaint without prejudice and found that the Amended Complaint failed to comply with the pleading requirements of Federal Rule of Civil Procedure 8. (*See* ECF No. 42.) Specifically, this Court found that the Amended Complaint did not set forth a clear and cohesive factual narrative, failed to allege sufficient facts supporting claims against each Defendant, and omitted a demand for relief. (*See id.* at 2–3.) Accordingly, this Court granted Plaintiff leave to file a Second Amended Complaint ("SAC") and directed Plaintiff to do so on or before March 13, 2026. (*See id.* at 4.)

Plaintiff has failed to file a SAC by the March 13, 2026 deadline and has not otherwise communicated with the Court. Therefore, because Plaintiff was provided ample time within which to cure the deficiencies identified by the Court but failed to file a SAC, this action is hereby dismissed without prejudice for failure to state a claim upon which relief may be granted.

The Clerk of Court is kindly directed to terminate the action and further directed to mail a copy of this Order to Plaintiff at his address as listed on ECF and show service on the docket.

Dated:   April 3, 2026
   White Plains, New York

SO ORDERED:

_____

NELSON S. ROMÁN
United States District Judge